```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAVIER GALINDO, et al.,

                               Plaintiffs,                18-CV-01113 (SN)

           -against-                                    **ORDER**

GOVAN RD INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiffs bring this action under the Fair Labor Standards Act and the New York Labor Law. ECF No. 1. On March 6, 2019, the parties filed a notice of settlement, and on April 8, 2019, the parties requested that the Court approve the parties' Settlement Agreement and Release (the "Agreement"). ECF Nos. 29, 31. The Court denied the parties' request because the Agreement contained an overbroad non-disparagement clause. ECF No. 32.

       Subsequently, on April 18, 2019, the parties filed a revised Settlement Agreement and Release (the "Revised Agreement"). ECF No. 33. Having reviewed the Revised Agreement, the Court determines that it is fair and reasonable under the standard set forth in <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement is APPROVED, and this case is DISMISSED with prejudice.

       The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 33.

**SO ORDERED.**

                                                                 _____
                                                                SARAH NETBURN
DATED:    April 22, 2019                             United States Magistrate Judge
              New York, New York